**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00564-RM-KLM

TORIE WALTER,

    Plaintiff,

v.

HSM RECEIVABLES, and
WARD CAMERON MCMULLEN,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION (ECF No. 27)**

This matter is before the Court on United States Magistrate Judge Kristen L. Mix's August 1, 2013, Recommendation (ECF No. 27) to grant Plaintiff's Motion to Dismiss Defendants' Bad Faith Counterclaim (ECF No. 10) with prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 27). Despite this advisement, neither party has filed objections to the Magistrate Judge's Recommendation, and the time to do so has expired. Having reviewed the Recommendation and the record, the Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th

Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

1. The Recommendation (ECF No. 27) is ADOPTED as an order of this Court;

2. Plaintiff's Motion to Dismiss, with prejudice, Defendants' Bad Faith Counterclaim (ECF No. 10) is GRANTED.

DATED this 23rd day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge